# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 18, 2023

Lyle W. Cayce
Clerk

No. 23-40041
CONSOLIDATED WITH
No. 23-40042

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JUAN GALVAN-HERNANDEZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC Nos. 5:17-CR-423-2,
5:22-CR-1034-1

Before JONES, SOUTHWICK, and HO, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan Galvan-Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States*

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40041
c/w No. 23-40042

*v. Flores*, 632 F.3d 229 (5th Cir. 2011). Galvan-Hernandez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.